467 A.2d 50

Lochetto et al., Appellants v. Lochetto.

Argued May 13, 1983. Lynne Z. Gold Bikin, for appellants; Peter I. Daniele, for appellee.

Before WICKERSHAM, WATKINS and MONTGOMERY, JJ.

Order affirmed.